John Jeffers Shaw, Appellee, v. National Life Company, Appellant.

Gen. No. 41,817.

opinion filed June 19, 1942. E. C. Corry and Fulton, Fulton & Sheen, for appellant; E. C. Corry, J. F. Sheen and James W. Cotter, of counsel; Arthur J. J. Welsh, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''